The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DENA PIPKIN, personally and as Personal Representative of the ESTATE OF JOSHUA HIGHTOWER; RICHARD HIGHTOWER,<br><br>Plaintiffs,<br><br>v.<br><br>THE BURLINGTON NORTHERN AND SANTE FE RAILWAY COMPANY, a foreign corporation; CREW SHUTTLE SERVICE, INC., a foreign corporation,<br><br>Defendants.<br><br>And<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>Party Intervenors. | NO. C04-5591RJB<br><br>STIPULATION AND ORDER REGARDING EXTENSIONS OF TIME AND PARTIAL WITHDRAWAL OF MOTION REGARDING CONTINUANCE AND MOTION TO QUASH |

The parties have met and conferred through counsel and agree upon the following stipulation regarding extensions of time. This stipulation does not extend the trial date or any of

STIPULATIONAND ORDER REGARDING EXTENSIONS
OF TIME AND PARTIAL WITHDRAWAL
OF MOTION REGARDING CONTINUANCE
AND MOTION TO QUASH- 1
NO. 04-5591RJB

1  the deadlines pertaining to the trial including filing of pretrial motions in limine, trial briefs, jury
2  instructions and the like.  It also does not alter the date set for convening a mediation or
3  settlement conference.  Union Pacific therefore WITHDRAWS its Motion to Continue Pre-Trial
4  Dates at this time.  Union Pacific does not withdraw its motion as regards continuance of the trial
5  date, however, as it continues to believe insufficient time remains to prepare for trial.

6      1.    Disclosure of expert testimony under FRCP 26(a)(2):    Sept. 6, 2005
7      2.    Rebuttal expert disclosure:    Sept. 20, 2005
8      3.    Discovery COMPLETED by:    Oct. 3, 2005
9      4.    Dispositive Motions FILED by:    Oct. 6, 2005
10     5.    The parties have identified at least the following depositions to be held during
11 these dates if properly noted and if service is obtained on the necessary parties:

12     (1)    Liam Moore
13     (2)    Angela Moore
14     (3)    Plaintiff Dena Pipkin
15     (4)    Dr. Hoyt
16     (5)    Dr. Beckwith
17     (6)    Cowlitz County Sheriff Brad Bauman
18     (7)    Deputy Coroner Tim Davidson
19     (8)    Dr. Lonn Hutchison
20     (9)    Ken McDermott
21     (10)    Robert Parks
22     (11)    Mr. Jacobssen

23  STIPULATIONAND ORDER REGARDING EXTENSIONS
    OF TIME AND PARTIAL WITHDRAWAL
24  OF MOTION REGARDING CONTINUANCE
    AND MOTION TO QUASH- 2
    NO. 04-5591RJB

1    (12)    Mr. Robertson

2    (13)    Alan Tencer,

3    (14)    A FRCP 30(b)(6) representative of Intermountain

4    (15)    A FRCP 30(b)(6) witness of Union Pacific regarding the indemnification agreement

6    (16)    David Knowles

7    (17)    Stan Owings

8    (18)    Union Pacific employee Frank Tafoya

9    (19)    Union Pacific employee Brad Limbaugh

10    (20)    Any supplemental expert disclosed by Union Pacific

11    (21)    4-5 currently unidentified depositions

In exchange for counsel for Union Pacific having provided to plaintiffs the list of subject matter areas on which they believe they need to depose Dena Pipkin, Liam Moore, Angela Moore and Dr. Hoyt, plaintiffs agree to WITHDRAW their motion to quash. All parties reserve their right to object to questions which the parties believe may exceed the scope of proper questioning.

DATED this  24th  day of August 2005.

        STRITMATTER KESSLER WHELAN
        WITHEY COLUCCIO


         s/Michael E. Withey (E-mail Authorization) 
        MICHAEL E. WITHEY, WSBA 4787
        Counsel for Plaintiffs

/ / /

STIPULATION AND ORDER REGARDING EXTENSIONS
OF TIME AND PARTIAL WITHDRAWAL
OF MOTION REGARDING CONTINUANCE
AND MOTION TO QUASH- 3
NO. 04-5591RJB

STRITMATTER KESSLER WHELAN WITHEY COLUCCIO

200 Second Avenue West
Seattle, WA 98119-4204
Tel: 206-448-1777

| | |
|---|---|
| 1 | MONTGOMERY, SCARP, MacDOUGALL, PLLC |
| 2 | |
| 3 | s/Brad Scarp (E-mail Authorization)<br>BRAD SCARP, WSBA 21453 |
| 4 | Counsel for Defendant BNSF |
| 5 | LAW OFFICE OF JAMES P. RICHMOND |
| 6 | |
| 7 | s/Brett M. Wieberg (E-mail Authorization)<br>BRETT M. WIEBERG, WSBA 22353 |
| 8 | Counsel for Defendant Crew Shuttle Service |
| 9 | LANE POWELL PC |
| 10 | |
| 11 | s/Emilia L. Sweeney<br>TIM WACKERBARTH, WSBA 13673 |
| 12 | MICHAEL H. RUNYAN, WSBA 06986<br>EMILIA SWEENEY, WSBA 23371 |
| 13 | Counsel for Party Intervenor Union Pacific |
| 14 | |
| 15 | s/Mark S. Brumbaugh (E-mail Authorization)<br>MARK S. BRUMBAUGH, WSBA 21547 |
| 16 | Counsel for Plaintiff Richard Hightower |

STIPULATION AND ORDER REGARDING EXTENSIONS OF TIME AND PARTIAL WITHDRAWAL OF MOTION REGARDING CONTINUANCE AND MOTION TO QUASH- 4
NO. 04-5591RJB

## ORDER

NOW, therefore, it is hereby

ORDERED, ADJUDGED and DECREED that this Stipulation and Order Regarding Extensions of Time and Partial Withdrawal of Motions Regarding Continuance and Motion to Quash is GRANTED.

DATED this 29th day of August, 2005.

*[signature]*

ROBERT J. BRYAN
United States District Judge

Presented by:

LANE POWELL PC

By s/Emilia L. Sweeney
TIM WACKERBARTH, WSBA 13673
MICHAEL H. RUNYAN, WSBA 06986
EMILIA SWEENEY, WSBA 23371
Counsel for Party Intervenor Union Pacific

STIPULATIONAND ORDER REGARDING EXTENSIONS
OF TIME AND PARTIAL WITHDRAWAL
OF MOTION REGARDING CONTINUANCE
AND MOTION TO QUASH- 5
NO. 04-5591RJB

STRITMATTER KESSLER WHELAN WITHEY COLUCCIO
200 Second Avenue West
Seattle, WA 98119-4204
Tel: 206-448-1777

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

## CERTIFICATE OF SERVICE

I, Lorrie A. Salinas, the undersigned, hereby certify on August 24, 2005, I electronically filed the STIPULATION AND ORDER REGARDING EXTENSIONS OF TIME AND PARTIAL WITHDRAWAL OF MOTION REGARDING CONTINUANCE AND MOTION TO QUASH to the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Mr. Mark S. Brumbaugh
Walstead, Mertsching, Husemoen,
Donaldson & Barlow, P.S.
100 Twelfth Avenue, Suite 2
P.O. Box 1549
Longview, WA  98632-7934
Email: brumbaugh@walstead.com

Mr. Duane C. Crandall
Crandall, O'Neill & McReary, P.S.
1447 - 3rd Avenue, Suite A
P. O. Box 336
Longview, WA  98632
Email: dcrandalllaw@yahoo.com

Rexanne Gibson, Esq.
Gibson Kinerk L.L.P.
110 110th Avenue N.E., Suite 607
Bellevue, WA  98004
Email: rgibson@kgkr.com

Mr. Bradley P. Scarp
Montgomery Scarp MacDougall, PLLC
1218 Third Avenue, Suite 2700
Seattle, WA  98101
Email: brad@montgomeryscarp.com

Mr. Brett M. Wieburg
Law Offices, James P. Richmond
3315 S. 23rd Street, Suite 310
Tacoma, WA  98405
Email: brewie@safeco.com

Michael E. Withey, Esq.
Stritmatter Kessler Whelan Withey Coluccio
200 Second Avenue W
Seattle, WA  98119
Email: mike@skwwc.com

Dated: August 24, 2005.

 s/Lorrie A. Salinas
Lorrie A. Salinas

STIPULATION AND ORDER REGARDING EXTENSIONS
OF TIME AND PARTIAL WITHDRAWAL
OF MOTION REGARDING CONTINUANCE
 AND MOTION TO QUASH- 6
NO. 04-5591RJB

STRITMATTER KESSLER WHELAN WITHEY COLUCCIO
200 Second Avenue West
Seattle, WA  98119-4204
Tel: 206-448-1777